### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Civil Case No.   90-cv-00567-LTB

WALK-IN MEDICAL CENTERS, INC.,

      Plaintiff,

v.

BREUER CAPITAL CORPORATION,

      Defendant,

and

MILDRED FAYE BREUER and GRANT WILLIAM BREUER,

      Garnishees.

___

**ORDER**
___

      Upon the Motion to Renew Judgment filed by George Resch, Principal (Doc 64 - filed November 21, 2011), it is

      ORDERED that the Motion is DENIED WITHOUT PREJUDICE for failure to provide an address pursuant to D.C.COLO.LCivR 10.1(K) and showing of standing.

      BY THE COURT:

       s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   November 22, 2011